Judge Pratt,

Would we be able to review the court transcripts of some of the testimony, as our notes do not seem to be matching in some instances.

RECEIVED
SEP 01 2011
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

You will not be able to review the court transcripts.

As I told you in the instructions it is not possible to read back large portions of the transcript and you would not have available to you a transcript so it would be necessary to listen carefully as the evidence came in.

Robert W. Pratt   */s/ Robert W. Pratt*